UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON BURROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-0876-G |
| J MERCER COMPANY, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court has been informed by the parties that the above styled and numbered cause has been settled. Therefore, all claims by all parties in this action are **DISMISSED** with prejudice, subject to reopening within sixty (60) days if the settlement is not consummated.

**SO ORDERED**.

December 29, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**